**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBIN CORLEY,
    Plaintiff,

vs.                                     CASE NO. 8:06-CIV-1298-T-17-MSS

CARY BENNETT, etc., et al.,
    Defendants..

                                          /

## <u>ORDER</u>

        This cause is before the Court on the plaintiff's motion for final default judgment (Docket No. 8) and the defendants' answer (Docket No. 11).   The plaintiff's motion for default (Docket No. 6) was granted and default was entered by the Clerk's Office on August 15, 2006 (Docket No. 7).  The plaintiff then filed the pending motion for final default judgment.  Thereafter, the defendants filed an answer in the case without responding to the motion for final default judgment and/or moving to vacate the default.  This was an inappropriate response to the case at this juncture.  Accordingly, it is

        **ORDERED** the answer to the complaint (Docket No. 11) be **stricken** from this case and the Clerk of Court is **directed** to strike it.  The defendants **shall have** up to and including October 18, 2006, to respond to the motion for final default judgment or to otherwise address the default in this case.

        **DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of October, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record