UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN CORLEY,

    Plaintiff,

vs.                                      CASE NO. 8:06-CIV-1298-T-17-MSS

CARY BENNETT, INC., etc., et al.,

    Defendant.

_____/

**ORDER**

       This cause is before the Court on the plaintiff's motion for final default judgment (Docket No. 8) and response thereto (Docket No. 13). The defendants were served in this case on July 17, 2006 (Docket Nos. 4 and 5). The defendants failed to answer the complaint in a timely matter so the plaintiff moved for, and the clerk entered default against both defendants on August 15, 2006 (Docket No. 7). Then on September 11, 2006, the plaintiff filed the instant motion for default judgment.

       On September 26, 2006, both defendants, through counsel, filed an answer to the complaint (Docket No. 11) but the Court struck it as an inappropriate filing after entry of default (Docket No. 12). The defendants then filed their response to the motion for default judgment, which the Court interprets also to be a motion to vacate the entry of the defaults against both defendants.

       The defendants convincingly argue that the defaults should be vacate and this case should be allowed to proceed on the merits of the action. The Court does caution the defendants that they must operate with more exactitude in filing pleadings in this Court in the future. However, the Court is going to allow this case to proceed forward on the merits. Accordingly, it is

       **ORDERED** that the entry of default (Docket No. 7) be **vacated**; the plaintiff's motion for

final default judgment (Docket No. 8) be **denied**; the defendants **shall have** five days from this date to file their answers to the complaint; and the parties have up to and including December 1, 2006, in which to file their Case Management Report.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of November, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record